IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRIAN EDENFIELD,

         Plaintiff

VS.

Officer REID, *et al.*,      NO. 5:12-CV-516 (MTT)

         Defendants      **O R D E R**

     Plaintiff **BRIAN EDENFIELD**, an inmate at Wheeler Correctional Facility, filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On January 9, 2013, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $5.00 (Doc. 7). Plaintiff was originally given 21 days to pay the fee and was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed. By Order dated February 1, 2013, the Court gave Plaintiff an additional 14 days in which to pay the $5.00, show good cause for his failure to pay, or voluntary dismiss this action (Doc. 8). Plaintiff moved for an extension of time, which the Court granted by Text Order dated February 19, 2013. Although the Court gave Plaintiff another 21 days to pay the fee, to date he has not done so. Because of Plaintiff's failure to comply with the Court's instructions, his lawsuit is hereby **DISMISSED WITHOUT PREJUDICE.**

     **SO ORDERED**, this 18th day of March, 2013.

                                S/ Marc T. Treadwell
                                MARC T. TREADWELL, JUDGE
                                UNITED STATES DISTRICT COURT

cr